UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

GERARD DURE and ELZA DURE,
on behalf of themselves and all others
similarly situated,

        CASE NO.: 2:12-cv-00161-WCO

    Plaintiff,

v.

THE LAW CENTER FOR CONSUMER
DEBT d/b/a LAW OFFICES OF CRAIG
ZIMMERMAN, CRAIG ZIMMERMAN
and MADONNA M. POWERS,

    Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF SERVICE OF**
**ARBTIRATION DISCOVERY TO PLAINTIFF**

Defendants The Law Center for Consumer Debt d/b/a Law Offices of Craig Zimmerman ("Law Office"), Craig Zimmerman, and Madonna M. Powers (collectively, "Defendants"), in the above-styled civil action, hereby certify, pursuant to Local Rule 5.4, that the following discovery has been served upon Plaintiff's counsel:[1]

---

1. With the Court's permission (Doc. 20), the Parties have agreed to engage in discovery limited solely to the issues raised in Defendants' Motion to Compel Arbitration. The Parties have agreed that engaging in such discovery does not constituted a waiver of Defendants' right to seek to compel arbitration in accordance with the Parties' written agreement.

*Defendants' Certificate of Service of Arbitration Discovery to Plaintiff*
CASE NO.: 2:12-cv-00161-WCO

1. Defendants' First Requests for Admission to Plaintiff Gerard Dure Pertaining to Arbitration Issues;

2. Defendants' First Requests for Admission to Plaintiff Elza Dure Pertaining to Arbitration Issues;

3. Defendants' Notice of Serving Interrogatories to Plaintiff Gerard Dure Pertaining to Arbitration Issues;

4. Defendants' Notice of Serving Interrogatories to Plaintiff Elza Dure Pertaining to Arbitration Issues;

5. Defendants' Requests for Production to Plaintiff Gerard Dure Pertaining to Arbitration Issues;

6. Defendants' Requests for Production to Plaintiff Elza Dure Pertaining to Arbitration Issues;

have, this day, been served on counsel for all parties by depositing true and correct copies of same in the U.S. Mail, as well as, via email to the following:

Irwin W. Stolz , Jr.
Hurt, Stolz & Cromwell, LLC
Suite 6
650 Oglethorpe Avenue
Athens, GA 30606
706-395-2750
Fax: 706-354-1785
Email: istolz@hurtstolz.com

James W. Hurt, Jr.
Jean Mangan

Hurt, Stolz & Cromwell, LLC - Ath. Ga
345 West Hancock Avenue
Athens, GA 30601
706-395-2750
Fax: 866-766-9245
Email: jhurt@hurtstolz.com
Email: jeangmangan@gmail.com
*Attorney for Plaintiffs*

This 2nd day of October, 2012.

              *s/Rebecca Bratter*
              Rebecca F. Bratter (admitted pro hac)
              FL Bar No. 685100
              Email: Rebecca.bratter@gmlaw.com
              Richard W. Epstein (admitted pro hac)
              FL Bar No. 229091
              Email: Richard.epstein@gmlaw.com

**GREENSPOON MARDER, P.A.**
200 East Broward Blvd., Suite 1500
Fort Lauderdale, FL 33301
Telephone: (954) 491-1120
Facsimile: (954) 343-6958
  -And-
**GRAY, RUST, ST. AMAND,**
**MOFFEETT & BRIESKE, L.L.P.**
Michael D. St. Amand
State Bar No. 004180
1700 Atlanta Plaza, 950 East Paces Ferry Road
Atlanta, Georgia 30326
Phone: 404-870-7383
Facsimile: 404-870-7374
Email: mstamand@grsmb.com
***Attorney for Defendants***

*Defendants' Certificate of Service of Arbitration Discovery to Plaintiff*
CASE NO.: 2:12-cv-00161-WCO

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I filed the foregoing with the Clerk of Court using the Court's EM/ECF system which will send notification to the counsel of record listed below on this 2nd day of October, 2012.

Irwin W. Stolz , Jr.
Hurt, Stolz & Cromwell, LLC
Suite 6
650 Oglethorpe Avenue
Athens, GA 30606
706-395-2750
Fax: 706-354-1785
Email: istolz@hurtstolz.com

James W. Hurt, Jr.
Jean Mangan
Hurt, Stolz & Cromwell, LLC - Ath. Ga
345 West Hancock Avenue
Athens, GA 30601
706-395-2750
Fax: 866-766-9245
Email: jhurt@hurtstolz.com
Email: jeangmangan@gmail.com
*Attorney for Plaintiffs*

            *s/Rebecca Bratter*
            Rebecca F. Bratter (admitted pro hac)